RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6320**

18 USC 1542
18 USC 911
18 USC 1621

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

JEAN RODNEY DORDOYE,
    a/k/a "Robert Telfort,"

        Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 30, 1999, at Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

JEAN RODNEY DORDOYE,
a/k/a "Robert Telfort,"

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States,



for his own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that he was born in the U.S. Virgin Islands and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, he was not born in the U.S. Virgin Islands and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

**COUNT II**

On or about August 30, 1999, at Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

JEAN RODNEY DORDOYE,
a/k/a "Robert Telfort,"

an alien, did knowingly and willfully falsely represent himself to be a citizen of the United States, in that he presented a birth certificate from the U.S. Virgin Islands, claiming this to be his own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

**COUNT III**

On or about August 30, 1999, at Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

JEAN RODNEY DORDOYE,
a/k/a "Robert Telfort,"

having duly taken an oath, before Ms. Christine Alentado, a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations he had made on his application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which he then and there did not believe to be true, in that he stated under oath as aforesaid that he was born in the U.S. Virgin Islands and was a citizen of the United States, when in truth and in fact and as the defendant then and there well knew, he was not born in the U.S. Virgin Islands and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_[signature]_
FOREPERSON

_[signature]_
GUY A. LEWIS
UNITED STATES ATTORNEY

_[signature]_
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JEAN RODNEY DORDOYE | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
X_  FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) NO
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        X____    Petty    ____
   II   6 to 10 days       ____     Minor    ____
   III  11 to 20 days      ____     Misdem.  ____
   IV   21 to 60 days      ____     Felony   ____
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                                                  REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

**Defendant Name: JEAN RODNEY DORDOYE**          Case No._____

Count #: **1**

**False Statement in Application for U.S. Passport**

**Title 18, United States Code, Section 1542**

**\*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

===========================================================================

Count #: **2**

**False Claim to U.S. Citizenship**

**Title 18, United States Code, Section 911**

**\*Max. Penalty: 3 years' Imprisonment; and $250,000 fine**

===========================================================================

Count #: **3**

**Perjury**

**Title 18, United States Code, Section 1621**

**\*Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

===========================================================================

Count #: _____

_____

**\*Max. Penalty:**

===========================================================================

Count #: _____

_____

**\*Max. Penalty:**

===========================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable          10/9/98