## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JEAN RODNEY DORDOYE

**WARRANT FOR ARREST**

CASE NUMBER: 00-6320-CR-DIMITROULEAS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JEAN RODNEY DORDOYE__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)  MAGISTRATE JUDGE
SNOW

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. Citizenship; and false oath,**

in violation of Title _18_ United States Code, Section(s) _1542, 911 & 1621_

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

November 16, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ _25,000 Corp surety_

LURANA S. SNOW
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jean Rodney Dordoye

ALIAS: a/k/a Robert Telfort

LAST KNOWN RESIDENCE: 7543 NE Miami Court, Miami, Florida

LAST KNOWN EMPLOYMENT: UNKNOWN

PLACE OF BIRTH: Haiti

DATE OF BIRTH: 09/18/69

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'11"     WEIGHT: 

SEX: MALE     RACE: BLACK

HAIR: BLACK     EYES: BLACK

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: US DEPARTMENT OF STATE [305-536-5781], INS [305-762-3715]