UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6320-CR-WPD

UNITED STATES OF AMERICA,

vs.

Jean Rodney Ourdoye  **ARRAIGNMENT INFORMATION SHEET**
aka Robert Telefort
Defendant.

Jail No.: 67617-004

Language: _____

The above-named Defendant appeared before **Magistrate Judge STEPHEN T. BROWN**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address: in custody

                    Tel. No: _____

Defense Counsel:    Name : AFPD - Teresa Miguel

                    Tel. No. _____

Bond Set/Continued:  $ temp PTD

Dated this 1st day of Aug., 2001.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY Stephanie A. Lee
   Deputy Clerk

c: Clerk for Judge
   U.S. Attorney                TAPE NO. 00D-76-1230
   Defense Counsel              DIGITAL START NO. _____
   Pretrial Services