Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-6320 DIMITROULEA

           Plaintiff )

)

           -vs- ) REPORT COMMENCING CRIMINAL

) ACTION

DEGUS, Jean Denis )
AKA: Jean Rodney DORDUYE
Robert TELFORT **Defendant**

#67617-004

*****

TO: CLERK'S OFFICE , (MIAMI) FT. LAUDERDALE W. PALM BEACH

    U.S. DISTRICT COURT (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

    COURT ABOVE.

*****

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 7/31/2001  3:15  a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: Creole / English

(3) OFFENSE(S) CHARGED: 18 USC 1542, 911, 1621
U.S. Passport Fraud, False Claim to U.S. Citizenship, Perjury

(4) UNITED STATES CITIZEN: ( )YES  (X)NO  ( )UNKNOWN

(5) DATE OF BIRTH: 09/18/1967

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE # 00-6320 CR (DIMITROULEA)
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT