UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6320-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN RODNEY DORDOYE.

    Defendant.

_____/

## REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, DORDOYE. JEAN RODNEY, through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

                                              Respectfully submitted,

                                              KATHLEEN M. WILLIAMS
                                              FEDERAL PUBLIC DEFENDER

By: _____

                                              Robert N. Berube
                                               Supervisory Assistant
                                             Federal Public Defender
                                             Florida Bar No. 304247
                                             Attorney for Defendant
                                             One East Broward Boulevard, Suite1100
                                             Fort Lauderdale, Florida 33301
                                             (954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this __6__ day of August, 2001, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube