## COURT MINUTES

FILED IN TAKE
AUG 7 2001
CLERK, USDC / SDFL / FTL

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JEAN RODNEY DORDOYE (J)# aka Jean Decius | CASE NO: | 00-6320-CR-Dimitrouleas |
| AUSA: | ROGER POWELL /Robin Rosenbaum/ | ATTY: | FPD: BOB BERUBE present |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | John |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | Demmi |
| BOND SET @: | 250,000 Corp Surety w/ nebbia | To be cosigned by: | (present) |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

✓ - Says he has hired private Counsel - but doesn't know who it is / John Demmi walked in late Atty

FPD will file order to withdraw

No Bond. hrg held. Both sides stipulate to a $250,000 CSB w/ nebbia hearing to proceed w/ PTD hrg at a later date

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | PLACE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 8-22-01 | 11:00am | SNOW |
| DATE: 8-7-01 | TIME: 9:30am 12:30pm | TAPE 01- 055 | Begin 3667 End 3946 055 1-153 |