FILED INTAKE
AUG 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6320-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Jean Rodney Dordoye

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-7-01 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court×appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: In Custody
                 _____
                 _____

                 Telephone: _____

DEFENSE COUNSEL: Name: John Demmi
                 Address: _____
                 _____

                 Telephone: _____

BOND SET/CONTINUED: $ NO BOND HEARING HELD-Both sides stip. to
$250,000 CSB w/nebbia, reserving right to proceed with a PTD hrg at a
Bond hearing held: yes____ no  X  Bond hearing set for   later date.

Dated this   7   day of     August    , 20 01 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ _____
    Deputy Clerk

Tape No. 01-055

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services