ajp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6320-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN RODNEY DORDOYE,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Jean Rodney Dordoye, be terminated as the Defendant has retained John Demi, Esq., 3191 Coral Way, Suite 401, Miami, Florida 33145, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

                                    Respectfully submitted,

                                    KATHLEEN M. WILLIAMS
                                  FEDERAL PUBLIC DEFENDER

By: _____
      Robert N. Berube
      Supervisory Assistant
      Federal Public Defender
      Florida Bar No. 304247
      Attorney for Defendant
      One E Broward Boulevard, Suite 1100
      Fort Lauderdale, Florida 33301
      (954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this __7__ day of August, 2001, to Roger Powell, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; John Demi, Esq., 3191 Coral Way, Suite 401, Miami, Florida 33145, and Jean Denis Decius a/k/a Jean Rodney Dordoye, Reg No.67617-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube

2