ajp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6320-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

JEAN RODNEY DORDOYE,

　　　　Defendant.

_____/

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, Jean Rodney Dordoye, has retained John Demi, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this ___ day of August, 2001 at Fort Lauderdale, Florida.

BARRY S. SELTZER William P. Dimitrouleas
United States Magistrate Judge
DISTRICT

cc: Robert N. Berube, AFPD
　　Roger Powell, AUSA
　　John Demi, Esq.
　　Jean Rodney Dordoye
　　　a/k/a Jean Denis Decius, Defendant

3