HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___JEAN RODNEY DORDOYE_____CASE NO:___00-6320-CR-DIMITROULEAS
AUSA___ROGER POWELL___Hartfeld___ATTY___John Demmi___

*Disc out today*
*No pending motions*
*9/5 for motions*

01-040
© 1.73⁸

DEFT_____CASE NO:_____
AUSA_____ATTY_____

FILED by __ D.C.
AUG 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DATE___8/22/01_____TIME___11:00_____

