UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6320-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,       :

        Plaintiff,             :

v.                              :

JEAN RODNEY DORDOYE,            :

        Defendant.             :

_____

FILED by ____ D.C.

AUG 29 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on August 22, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was provided at the status conference.

    2. Counsel for the defendant shall have until September 5, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 29th day of August, 2001.

                                                                            Lurana S. Snow
                                                             LURANA S. SNOW
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
John Demmi, Esq.