**CRIMINAL MINUTES**

FILED D.C.
SEP 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6330-CR-WPD    DATE: September 21, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Jean Rodney Dordor a/k/a Robert Telifort

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: _____

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the case and finds the time from today until the trial deemed excludable.

CASE CONTINUED TO: 10/19/01    TIME: 9:00    FOR: Cal Call
MISC: 10/22/01    2 week trial period