UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                              CASE NO. 00-6320-CR-DIMITROULEAS

JEAN RODNEY DORDOYE
    a/k/a Robert Telefort

| TYPE OF CASE: | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

| PLACE:<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, FL 33301 | COURTROOM 203E<br>DATE & TIME:<br>**October 18, 2001 AT 9:00 A.M.** |
|---|---|

(Previously set for 10/19/01 at 9:00)

TYPE OF HEARING:   CALENDAR CALL/STATUS CONFERENCE

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 9, 2001

cc:  Roger Powell, AUSA
     John Demmi, Esq.

