UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         CASE NO. 00-6320-CR-DIMITROULEAS

JEAN RODNEY DORDOYE,

    Defendant.          FLORIDA BAR NO. 099238

_____/

## MOTION TO CONTINUE

    COMES NOW, the Defendant, JEAN RODNEY DORDOYE, by and through his undersigned attorney, and files this his Motion To Continue, and as grounds thereof would allege as follows, to wit:

    1. The Defendant is charged with one count of False Statement in Application for U.S. Passport in violation of Title 18, United States Code, Section 1542, one count of False Claim To U.S. Citizenship in violation of Title 18, United States Code, Sections 911, and one count of Perjury in violation of Title 18, United States Code, Sections 1621.

    2. The trial is set for October 22, 2001.

    3. Calendar Call/Status Conference was originally scheduled for Friday, October 19, 2001.

    4. Undersigned received in the mail today, a resetting of the calendar call/status conference for Friday, October 19,

1



2001, moving it back to Thursday, October 18, 2001.

5. Because the original calendar call/status conference had been scheduled for a lengthy amount of time for Friday, October 19, 2001, undersigned has scheduled other cases and hearings for Wednesday and Thursday, October 16, and 17.

6. At the same time the now re-set calendar call/status conference is scheduled for Thursday, October 18, 2001, undersigned has a hearing in criminal court, felony division, in state court in Miami, Florida.

7. It will be impossible to change that hearing now because the Honorable Judge Lawrence Schwartz last week signed a Writ of Habeas Corpus and a Transportation Order to have a prisoner at another facility delivered to his courtroom on that date and time.

8. Those two orders were delivered to the Dade County Department of Corrections for implementation last week and to put a stop on those orders now would be near impossible.

9. Undersigned has attempted to discuss this Motion with the United States Attorney's Office, but was unable to reach the Assistant United States Attorney assigned to this case.

10. The Defendant requests a continuance or re-instate the original calendar call/status conference for Friday, October 19, 2001.

WHEREFORE, the Defendant, JEAN RODNEY DORDOYE, prays this Honorable Court will grant this Motion, continue the calendar call/status conference of this case and set it in the future,

or re-instate the original date and for any other and further relief this Honorable Court deems just and proper.

```
                          JOHN DEMMI, Esquire
                          3191 Coral Way
                          Suite 401
                          Miami, Florida 33145
                          Telephone:(305) 444-0009
                          Attorney for Defendant
                          Florida Bar No. 099238
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, this 11th day of October, 2001, to the United States Attorney's Office, Southern District of Florida, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

```
                          John Demmi, Esquire
```