UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO. 00-6320-CR-DIMITROULEAS

JEAN RODNEY DORDOYE,

    Defendant.           FLORIDA BAR NO. 099238

_____/

### ORDER ON DEFENDANT'S MOTION TO CONTINUE CALENDAR CALL/STATUS CONFERENCE

THIS CAUSE, coming on to be heard on Defendant's Motion To Continue Calendar Call/Status Conference, the Court having read the Motion, reviewed the Court file, and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED as follows, to wit:

1. The Motion To Continue Calendar Call/Status Conference is _Granted_

2. The Calendar Call/Status Conference is to be held on _October 18_, 2001, at _1:00_ ~~A.M.~~ P.M.

Done and Ordered in Ft. Lauderdale, Florida this _15_ day of October, 2001.

                                              UNITED STATES
                                              DISTRICT JUDGE

cc: Roger Powell
    United States Attorney's Office
    John Demmi, Esquire