### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6320-cr-WPD     DATE: October 18, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jean Rodney Dordoye

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: _____

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court revisits the case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 10/25/01     TIME: 9:00     FOR: Cal Call

MISC: 10/29/01  2 week trial period

