

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6320-CR-DIMITROULEAS
     Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

JEAN RODNEY DORDOYE

     Defendant.
_____/

This matter having come before the Court on October 18, 2001 on Defendant's Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing October 29, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **October 25, 2001, at 9:00** A.M. o'clock.. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this __18__ day of October , 2001.

                                WILLIAM P. DIMITROULEAS
                                United States District Court Judge
                                Southern District of Florida

cc:    Roger Powell, AUSA
       John Demmi, Esq.