# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6320-CR-WPD    DATE: October 25, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Jean Rodney Dordaye

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Jean Demmi

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gov't agrees to dismiss Counts 2 & 3 at time of sentencing.

Court accepts guilty plea

CASE CONTINUED TO: 1/4/02    TIME: 9:45    FOR: Sentencing

MISC: Written plea agreement filed.

