## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JEAN RODNEY DORDOYE (J)  CASE NO: 00-6320-CR-DIMITROULEAS

AUSA: ROGER POWELL  ATTY: JOHN DEMMI, ESQ.

AGENT:  VIOL:

PROCEEDING: BOND STIPULATION HEARING  RECOMMENDED BOND:

BOND HEARING HELD - yes (no)  COUNSEL APPOINTED:

BOND SET @: 100,000 PSB  To be cosigned by:
1) Christian Morency
2) Clodaine Delhomme
3) Herode Decius
   Margarette Decius

- [ ] Do not violate any law.
- [ ] Appear in court as directed.
- [ ] Surrender and / or do not obtain passports / travel documents.
- [X] Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- [ ] Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- [ ] Maintain or seek full - time employment.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] Curfew: _____
- [ ] Travel extended to: _____
- [ ] Halfway House _____

Stipulated —
Bond set
deft released

FILED by ___ D.C.
NOV 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 11/13/01  TIME: 1:30 P.M.  FTL/LSS TAPE # 01- 049  Begin: 611  End: 847