UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6320-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | FILED by _____ D.C. |
| ) | |
| v. ) | JAN - 3 2002 |
| ) | |
| JEAN RODNEY DORDOYE ) | CLARENCE MADDOX |
| ) | CLERK U.S. DIST. CT. |
| | S.D. OF FLA. FT. LAUD |

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

The United States of America, by its undersigned Assistant United States Attorney, respectfully requests that this Honorable Court issue a writ of Habeas Corpus Ad Prosequendum for the Defendant. The grounds for this petition are as follows:

1. An Indictment is pending in this Court against defendant JEAN RODNEY DORDOYE, and this matter is scheduled for sentencing at Fort Lauderdale, FL on January 4, 2002 at 9:45 a.m.

2. The Defendant is presently confined in the Broward County Jail at Fort Lauderdale, Florida.

3. It is necessary for the Defendant to be present before this Court for his sentencing.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas



Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and take the defendant into custody and have him before this Court at the time and place specified above for sentencing . The Petitioner also requests that this court direct the Warden of the Broward County Jail to deliver the Defendant to the Custody of the United States Marshal for this purpose.

                                      Respectfully submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

By:   _____ for
       ROGER W. POWELL
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar # 341411
       500 E. Broward Blvd., Ste. 700
       Fort Lauderdale, FL 33394
       Phone -954-356-7255 ext. 3511
       Fax- 954-356-7336

cc: U.S. Attorney (AUSA POWELL)