UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6320-CR-DIMITROULEAS
Inmate: JEAN RODNEY DORDOYE
Black Male
D.O.B. 09/18/67
BROWARD COUNTY JAIL # 500127165

UNITED STATES OF AMERICA,     )
                              )
         Plaintiff,           )
                              )
vs.                           )
                              )
JEAN RODNEY DORDOYE           )
a/k/a Rahene Hasan Jefferson, )
                              )
                              )
         Defendant.           )
_____)

FILED by _____ D.C.

JAN - 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    ANY UNITED STATES MARSHAL and

       WARDEN,    BROWARD COUNTY JAIL

It appearing from the petition of the United States of America that the defendant in the above case, JEAN RODNEY DORDOYE, is confined in the BROWARD COUNTY JAIL at FORT LAUDERDALE, FL, and this case is set for the SENTENCING of the defendant at FORT LAUDERDALE UNITED STATES DISTRICT COURTHOUSE, FORT LAUDERDALE, FLORIDA, on FRIDAY, JANUARY 4, 2002, and that it is necessary for the defendant to be before this Court for this proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you



have __JEAN RODNEY DORDOYE__ now detained in custody as aforesaid, under safe and secure conduct, before this Court at __FORT LAUDERDALE, UNITED STATES DISTRICT COURTHOUSE__ by or before __9:45__ o'clock, __A   M.__, on __FRIDAY, JANUARY 4, 2002__ for __SENTENCING__ on the criminal charges pending against him, and upon completion of this proceeding that you return the Defendant with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

In addition, this is to command you, the Warden of __BROWARD COUNTY JAIL__ at __FORT LAUDERDALE, FLORIDA__, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at __FORT LAUDERDALE__, Florida, this 3rd day of January, 2002.

~~WILLIAM P. DIMITROULEAS~~
~~UNITED STATES DISTRICT JUDGE~~
Lurana S. Snow
United States Magistrate Judge

cc: U.S. Attorney (ROGER W. POWELL, AUSA)
U.S. Marshals (4 certified copies)
Chief Probation Officer