# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6320-Cr-WPD   DATE: January 4, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _Tracy Webb_   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. _Jean Rodney Bordoye_

U.S. ATTORNEY: _Bertha Mitrani_   DEFT. COUNSEL: _Paul Remm_
 _m. Lori Powell_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Deferred;_

_Wyatt's motion to continue Sentencing_
_is Granted. Court Resets the Hearing_

CASE CONTINUED TO: 1/24/02   TIME: 9:15   FOR: Sentencing

MISC: _____

