

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>00-6320-CR-DIMITROULEAS</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JEAN RODNEY DORDOYE | ) |
| | ) |

**PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

The United States of America, by its undersigned Assistant United States Attorney, respectfully requests that this Honorable Court issue a writ of Habeas Corpus Ad Prosequendum for the Defendant. The grounds for this petition are as follows:

1. An <u>Indictment</u> is pending in this Court against defendant <u>JEAN RODNEY DORDOYE</u>, and this matter is scheduled for <u>sentencing</u> at <u>Fort Lauderdale, FL</u> on <u>January 24, 2002</u> at <u>9:00 a.m.</u>

2. The Defendant is presently confined in the <u>Broward County Jail</u> at <u>Fort Lauderdale, Florida</u>.

3. It is necessary for the Defendant to be present before this Court for his <u>sentencing</u>.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas



Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and take the defendant into custody and have him before this Court at the time and place specified above for sentencing. The Petitioner also requests that this court direct the Warden of the Broward County Jail to deliver the Defendant to the Custody of the United States Marshal for this purpose.

                                        Respectfully submitted,

                                        GUY A. LEWIS
                                        UNITED STATES ATTORNEY

By: _____
      ROGER W. POWELL
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar # 341411
      500 E. Broward Blvd., Ste. 700
      Fort Lauderdale, FL 33394
      Phone -954-356-7255 ext. 3511
      Fax- 954-356-7336

cc: U.S. Attorney (AUSA POWELL)