UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6320-CR-DIMITROULEAS
Inmate: JEAN RODNEY DORDOYE
Black Male
D.O.B. 09/18/67
BROWARD COUNTY JAIL # 500127165

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEAN RODNEY DORDOYE | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

*7 2002*
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD.

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL and

WARDEN, _____BROWARD COUNTY JAIL_____

It appearing from the petition of the United States of America that the defendant in the above case, JEAN RODNEY DORDOYE , is confined in the BROWARD COUNTY JAIL at FORT LAUDERDALE, FL, and this case is set for the SENTENCING of the defendant at FORT LAUDERDALE UNITED STATES DISTRICT COURTHOUSE, FORT LAUDERDALE, FLORIDA , on FRIDAY, JANUARY 24, 2002 , and that it is necessary for the defendant to be before this Court for this proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you



ha e  JEAN RODNEY DORDOYE   now detained in custody as aforesaid, under safe and secure conduct, before this Court at  FORT LAUDERDALE, UNITED STATES DISTRICT COURTHOUSE   by or before  9:00   o'clock,  A  M., on FRIDAY, JANUARY 24, 2002  for SENTENCING on the criminal charges pending against him, and upon completion of this proceeding that you return the Defendant with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

In addition, this is to command you, the Warden of   BROWARD COUNTY JAIL  at FORT LAUDERDALE, FLORIDA    , to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at FORT LAUDERDALE        , Florida, this  7  day of  January  2002.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (ROGER W. POWELL, AUSA)
    U.S. Marshals (3 certified copies)
    Chief Probation Officer

2