# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6320-CR-WPD   DATE: January 24, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Georgiana Stanley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jean Rodney Dordor

U.S. ATTORNEY: Roger Buelle   DEFT. COUNSEL: John Deami

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed. 8 Months BOP, 3 years Supervised Release, No Fine, $100. Assessment

If ordered deported, the deft shall remain outside the United States. If deft bonds out: Deft to voluntary surrender to office of U.S. Marshal in Miami on 3/25/02 @ 9:00 or to designated

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Institution of one has been designated. Deft Informed of Right to appeal.