DEFENDANT: JEAN RODNEY DORDOYE
CASE NUMBER: 00-6320-CR-WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **8 Months**.

If the defendant bonds out, the same bond and conditions remain in effect and then the Defendant shall surrender to the United States Marshal in Miami on **March 25, 02 at 9:00 A.M.** or to the designated institution if one has been designated by that time.

## RETURN

I have executed this judgment as follows:

FILED BY: _____ D.C.
2002 DEC -9 AM 10:07
CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

_____

_____

_____

_____

Defendant delivered on _11-20-02_ to _FCC- Coleman - Low_

at _Coleman FLA_ , with a certified copy of this judgment.

Jim Moreland
UNITED STATES MARSHAL

By: _____ #2492
Deputy U.S. Marshal