# United States District Court

| SOUTHERN | DISTRICT OF | FLORIDA 523 051 |

UNITED STATES OF AMERICA

V.

JEAN RODNEY DORDOYE

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

## 00-6320

CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest   JEAN RODNEY DORDOYE
                                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)   MAGISTRATE JUDGE
                                                                                                                         SNOW

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. Citizenship; and false oath,

in violation of Title  18  United States Code, Section(s)  1542, 911 & 1621

Clarence Maddox
**Name of Issuing Officer**

[signature]
**Signature of Issuing Officer**

Bail fixed at $ 25,000  Corp surety

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

November 16, 2000, FORT LAUDERDALE, FLORIDA
**Date and Location**

[signature]  LURANA S. SNOW
by  UNITED STATES MAGISTRATE JUDGE
**Name of Judicial Officer**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 11/16/00 | NAME AND TITLE OF ARRESTING OFFICER Christina Pharo, US Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER [signature] Mark O'Loughlin, ASDUSM |
| DATE OF ARREST 7/31/02 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

